**CROWN CORK & SEAL COMPANY, Inc., Plaintiff-Appellant, v. UNITED STATES of America, Defendant-Appellee.**

**No. 44.**

Circuit Court of Appeals, Second Circuit.
Nov. 5, 1934.

James O. Wynn, of New York City (George G. Blattmachr, of New York City, of counsel), for appellant.

Frank J. Wideman, Asst. Atty. Gen., and Sewall Key, Norman D. Keller, and Frederick W. Dewart, Sp. Assts. to Atty. Gen. (Leo J. Hickey, U. S. Atty., of Brooklyn, N. Y., of counsel), for the United States.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Judgment (4 F. Supp. 525) affirmed.

---

**George DUVAL, Appellant, v. G. L. NICK-LAUS, as Trustee, etc.**

**No. 9969.**

Circuit Court of Appeals, Eighth Circuit.
Oct. 1, 1934.

Grover E. Garner, of Little Rock, Ark., for appellant.

---

Harry H. Ellis, of Little Rock, Ark., for appellee.

PER CURIAM.

Appeal dismissed, with costs, for want of prosecution.

---

**Edison J. EDWARDS, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.**

**No. 7601.**

Circuit Court of Appeals, Fifth Circuit.
Dec. 21, 1934.

In forma pauperis.

Edison J. Edwards, in pro. per.

Lawrence S. Camp, U. S. Atty., of Atlanta, Ga., Harvey H. Tisinger, Asst. U. S. Atty., of Carrollton, Ga., and H. T. Nichols, Sp. Asst. to U. S. Atty., of Atlanta, Ga., for appellee.

Before BRYAN, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

On the authority of Knewel v. Egan, 268 U. S. 442, 45 S. Ct. 522, 69 L. Ed. 1036; Pellegrino v. Aderhold (C. C. A.) 55 F.(2d) 1074; Aderhold v. Hugart (C. C. A.) 67 F.(2d) 247, the judgment is affirmed.